1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA WADE ANDERSON
4  Supervisory Regional Chief Counsel
   Special Assistant United States Attorney
5

6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
8      E-Mail: Donna.W.Anderson@ssa.gov

9  Attorneys for Defendant

10               UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                   **SACRAMENTO DIVISION**

13

14  BEVERLEE M. WARD-WHITE,          )
                                     )      CIVIL NO. 2:07-CV-1616-GGH
15       Plaintiff,                  )
                                     )      STIPULATION AND ORDER TO EXTEND
16       v.                          )      TIME TO RESPOND TO PLAINTIFF'S
                                     )      MOTION FOR SUMMARY JUDGMENT
17  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
18  Social Security,                 )
                                     )
19       Defendant.                  )
    _____)

20

21      The parties, through their respective counsel, hereby stipulate that the time for responding to

22  Plaintiff's Motion for Summary Judgment be extended by 45 days from June 30, 2008 to August 14,

23  2008.

24      This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for

25  Summary Judgment.  Defendant needs the additional time to further review the file and prepare a

26  //

27  //

28  //

1   response in this matter, as the former Special Assistant United States Attorney assigned to the case has

2   since recently transferred to the Office of Disability Adjudication and Review.

3                                             Respectfully submitted,

4

5   Dated: July 17, 2008                     /s/ Ann M. Cerney
                                             (As authorized via telephone)
6                                            ANN M. CERNEY
                                             Attorney for Plaintiff

7

8   Dated: July 17, 2008                     McGREGOR W. SCOTT
                                             United States Attorney
9                                            LUCILLE GONZALES MEIS
                                             Regional Chief Counsel, Region IX
10                                           Social Security Administration

11
                                              /s/ Donna W. Anderson
12                                           DONNA W. ANDERSON
                                             Supervisory Regional Chief Counsel
13                                           Special Assistant United States Attorney

14  **IT IS SO ORDERED:**

15  Dated: 07/21/08

16                                           /s/ Gregory G. Hollows

17                                           United States Magistrate Judge

18

19  ward.eot

20

21

22

23

24

25

26

27

28

                                              2