```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ERIC K. H. CHINN
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California  94105
 6      Telephone:  (415) 977-8932
        Facsimile:  (415) 744-0134
 7      E-Mail: eric.chinn@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BEVERLEE WARD-WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-cv-01616-GGH<br><br>STIPULATION AND ORDER AWARDING EAJA ATTORNEY'S FEES |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE THOUSAND DOLLARS AND NO/100 CENTS ($5,000.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this

action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                Respectfully submitted,

Dated: July 1, 2009                /s/ *Ann M. Cerney*
                                (per e-mail authorization this date)
                                ANN M. CERNEY
                                Attorney for Plaintiff

Dated: July 1, 2009                LAWRENCE G. BROWN
                                Acting United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Eric K. H. Chinn*
                                ERIC K. H. CHINN
                                Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

Dated: July 21, 2009

                                /s/ Gregory G. Hollows
                                THE HONORABLE GREGORY G. HOLLOWS
                                United States Magistrate Judge

ward.eaja